McNEW *v.* WHEELER *et al.*

No. 11283.  SEPTEMBER 18, 1936.

*Joel H. Terrell,* for plaintiff in error.

*B. F. Walker, M. C. Barwick, J. Cecil Davis, G. L. Dickens,* and *Ficklen & Pilcher,* contra.

GILBERT, Justice.  C. W. Wheeler applied for adminstration with the will annexed of the estate of Ellen Lynah Nicholls.  On the ground that the estate had been fully administered, Mary E. McNew filed a caveat to the application.  That issue depended upon a construction of the will and facts which were agreed on.  The court directed a verdict in favor of the applicant, and exceptions were filed.  Letters of administration were subsequently granted.  A motion for a new trial was filed and overruled.  On the issue made by the caveat, the judgment is controlled by the decision in *Nicholls* v. *Wheeler,* 182 *Ga.* 502 (185 S. E. 800), and a reversal of the judgment against the caveator is required.  The court erred in granting letters of administration with the will annexed.  *Judgment reversed.  All the Justices concur.*